IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROMER L. MANAG, SR.,                      No. C 11-2505 SI

      Plaintiff,                         **ORDER TO SHOW CAUSE**

  v.

WORLD SAVINGS BANK FSB, *et al.*,

      Defendants.
                                         /

       Defendants Wachovia Mortgage and Golden West Savings Association Service Co. have filed motions to dismiss and strike the complaint. The motions are scheduled for a hearing on July 29, 2011. Pursuant to Civil Local Rule 7-3, plaintiff's opposition to the motion was due on July 8, 2011. Plaintiff, who is *pro se*, has not filed an opposition, nor has plaintiff taken any action in this case since it was removed to this Court.

       Accordingly, the Court orders plaintiff to file a declaration by **July 29, 2011** stating why this case should not be dismissed without prejudice for failure to prosecute. The July 29, 2011 hearing on defendants' motions is VACATED. The Court will reschedule the hearing on the motions if necessary. Failure to comply with these deadlines will result in the dismissal of plaintiff's complaint without prejudice.

      **IT IS SO ORDERED.**

Dated: July 14, 2011

                                                           SUSAN ILLSTON
                                                           United States District Judge