ROMER L. MANAG - PRO SE
2316 JULIE LANE
SOUTH SAN FRANCISCO

FILED
2011 JUL 26

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMER L. MANAG<br><br>PLAINTIFFS,<br><br>vs.<br><br>WORLD SAVINGS BANK, FSB;<br>WELLS FARGO BANK N.A.;<br>GOLDEN WEST SAVINGS<br>ASSOCIATION SERVICE<br>COMPANY; WACHOVIA BANK<br>NATIONAL ASSOCIATION, as trustee<br>for the MORTGAGE LOAN ASSET-<br>BACKED CERTIFICATES, SERIES<br>2005-WMC1, WACHOVIA<br>MORTGAGE LOAN TRUST, LLC,<br>HOMEQ SERVICING<br>CORPORATION; and DOES 1-100<br>inclusive,<br><br>DEFENDANTS. | CASE NO. C 11-2505 SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>IT IS SO ORDERED<br>Judge Susan Illston |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) ROMER L. MANAG and or their counsel(s), hereby give notice that the above- captioned action is voluntarily dismissed, without prejudice against the defendant(s) WORLD SAVINGS BANK, FSB; WELLS FARGO BANK N.A.; GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY;

---

VOLUNTARY DISMISAL

1

| | |
|---|---|
| 1 | WACHOVIA BANK NATIONAL ASSOCIATION, as trustee for the |
| 2 | MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-WMC1, |
| 3 | WACHOVIA MORTGAGE LOAN TRUST, LLC, HOMEQ SERVICING |
| 4 | CORPORATION; and DOES 1-100 inclusive; |

Date: July 25 2011

Respectfully submitted,

_____
Signed reserving all my rights at UCC 1-207
ROMER L. MANAG

VOLUNTARY DISMISAL

2